JEAN-CLAUDE ARCHER ET AL. *v.*
CHRISTOS DROUGAS ET AL.
(7749)

BORDEN, SPALLONE and LAVERY, Js.

Argued December 14—decision released December 29, 1989

*James M. Nugent,* with whom, on the brief, was *F. J. Polesak, Jr.,* for the appellant (defendant Tracy Polesak).

*Henry Lyons III,* for the appellees (plaintiffs).

PER CURIAM. There is no error.